HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON STUDIOS LLC, a California Limited Liability Company,<br><br>           Plaintiff,<br><br>           v.<br><br>CONTENT DELIVERY AND SECURITY ASSOCIATION, INC., a New York not-for-profit Corporation<br>           Defendant. | Case No. 2:24-cv-01789-KKE<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT |

**STIPULATION**

Defendant Content Delivery and Security Association, Inc., on the one hand, and Plaintiff Amazon Studios LLC, on the other hand, hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to December 16, 2024. This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection by any party.

STIPULATION AND ORDER TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S COMPLAINT- 1
(Case No. 2:24-cv-01789-KKE)

1   DATED this 27th day of November, 2024.

2   DAVIS WRIGHT TREMAINE LLP    BRYAN CAVE LEIGHTON PAISNER LLP

3

4   By: *s/John A. Goldmark*    By: *s/ Tyler L. Farmer*
    John A. Goldmark, WSBA #40980    By: *s/ Ariel A. Martinez*
5   920 Fifth Ave, Ste 3300    By: *s/ Chelsey L. Mam*
    Seattle, WA 98104-1610    Tyler L. Farmer, WSBA #39912
6   Telephone: (206) 757-8068    Ariel A. Martinez, WSBA #54869
    Fax: (206) 757-7700    Chelsey L. Mam, WSBA #44609
7   Email: johngoldmark@dwt.com    999 Third Avenue, Suite 4400
    Seattle, WA 98104
8   By: *s/ Macaulay W. Ivory*    Tel:  (206) 623-1700
    Macaulay W. Ivory, WSBA #57858    Fax:  (206) 623-8717
9   920 Fifth Avenue, Ste 3300    Email: tyler.farmer@bclplaw.com
    Seattle, WA 98104    Email: ariel.martinez@bclplaw.com
10  Telephone: (206) 757-8382    Email: chelsey.mam@bclplaw.com
    Fax: (206) 757-7382
11  Email: macaulayivory@dwt.com    *Attorneys for Content Delivery and Security Association, Inc.*
12
    *Attorneys for Amazon Studios LLC*
13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S COMPLAINT- 2
(Case No. 2:24-cv-01789-KKE)

**ORDER**

The parties' stipulated motion (Dkt. No. 9) is GRANTED. The Defendant shall respond to Plaintiff's complaint no later than December 16, 2024.

DATED this 27th day of November, 2024.

_____
Kymberly K. Evanson
United States District Judge