The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON STUDIOS LLC, a California Limited Liability Company,<br><br>　　　Plaintiff/Counterclaim Defendant,<br><br>　　　v.<br><br>CONTENT DELIVERY AND SECURITY ASSOCIATION, INC., a New York not-for-profit Corporation,<br><br>　　　Defendant/Counterclaim Plaintiff. | No. 2:24-CV-01789-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES** |

Plaintiff/Counterclaim Defendant Amazon Studios LLC ("Amazon") and Defendant/Counterclaim Plaintiff Content Delivery and Security Association, Inc.'s ("CDSA") (collectively the "Parties") stipulate and move for an order continuing a single case schedule deadline in this Court's Scheduling Order, Dkt. No. 14 (the "Order"). In support of this request, the Parties state as follows:

**STIPULATION**

1.　Amazon filed this suit on October 30, 2024, bringing claims against CDSA for breach of contract, conversion, unjust enrichment, and an accounting, related to allegations that CDSA unlawful used and/or withheld Amazon's funds.  *See* Dkt. No. 1.

2.　On December 16, 2024, CDSA answered Amazon's complaint and filed counterclaims for declaratory relief and unjust enrichment, alleging that a former Amazon

STIPULATED MOTION TO EXTEND & ORDER - 1

employee "represented to CDSA that he maintained authority over the [relevant] funds" and had "instructed CDSA to use the [relevant] funds" for other services. Dkt. No. 11 ¶ 18.

3. On January 7, 2025, Amazon served discovery on CDSA, seeking information and documents related to CDSA's allegations regarding the Amazon employee and his purported representations and instructions.

4. The same day Amazon served discovery, the Parties jointly filed a proposed scheduling order, requesting a March 28, 2025 deadline for the Parties to join other parties and amend pleadings. Dkt. No. 13.

5. The Court then entered its Order that day, setting February 4, 2025 as the deadline for joining additional parties, and March 4, 2025 as the deadline for filing amended pleadings. Order at 1.

6. Following a meet and confer, the Parties assert that good cause exists to continue the existing February 4, 2025 deadline for adding additional parties to allow Amazon to investigate whether to join additional defendants.

7. The Parties stipulate that good cause exists to continue the following case deadline, *see* Fed. R. Civ. P. 6(b)(1)(A), which will not affect any other deadline:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Joining Additional Parties | 2/4/2025 | 3/4/2025 |

Based on the foregoing good cause, the Parties jointly request that the Court grant a modest continuation of the existing case schedule deadline to join additional parties.

//
//
//
//
//
//
//

STIPULATED MOTION TO EXTEND & ORDER - 2

Stipulated to this 23rd day of January, 2025.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Amazon Studios LLC*

By s/ *John A. Goldmark*
   John A. Goldmark, WSBA #40980
   Caesar Kalinowski IV, WSBA #52650
   Macaulay W. Ivory, WSBA #57858
   920 Fifth Ave, Ste 3300
   Seattle, WA 98104-1610
   Telephone: (206) 757-8068
   Fax: (206) 757-7700
   Email: johngoldmark@dwt.com
         caesarkalinowski@dwt.com
         macaulayivory@dwt.com

BRYAN CAVE LEIGHTON PAISNER LLP
*Attorneys for Content Delivery and Security Association, Inc.*

By: s/ *Chelsey L. Mam*
   Tyler L. Farmer, WSBA #39912
   Ariel A. Martinez, WSBA #54869
   Chelsey L. Mam, WSBA #44609
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   Tel: (206) 623-1700
   Fax: (206) 623-8717
   Email: tyler.farmer@bclplaw.com
         ariel.martinez@bclplaw.com
         chelsey.mam@bclplaw.com

**ORDER**

The parties' stipulated motion (Dkt. No. 17) is GRANTED. The deadline to join additional parties shall be extended to March 4, 2025. All other deadlines in the case schedule (Dkt. No. 14) remain in effect.

SO ORDERED this 24th day of January, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO EXTEND & ORDER - 4