UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON STUDIOS LLC,<br><br>                Plaintiff(s),<br>   v.<br><br>CONTENT DELIVERY AND SECURITY ASSOCIATION, INC.,<br><br>                Defendant(s). | CASE NO. C24-1789-KKE<br><br>ORDER DENYING STIPULATED MOTION WITHOUT PREJUDICE |

The parties filed a stipulated motion for a protective order. Dkt. No. 19. The parties' agreement appears to deviate from this district's model order, and yet without an accompanying redlined version, it does not comply with W.D. Wash. Local Civil Rule 26(c)(2). Under this rule, if parties propose a stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." The parties' motion (Dkt. No. 19) is therefore DENIED without prejudice, subject to re-filing in compliance with LCR 26(c)(2).

Dated this 5th day of February, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge