UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON STUDIOS LLC,<br><br>                  Plaintiff(s),<br>    v.<br><br>CONTENT DELIVERY AND SECURITY ASSOCIATION, INC.,<br><br>                  Defendant(s). | CASE NO. C24-1789-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

The parties filed a stipulated motion to extend the deadline to join additional parties and amend pleadings, and represent that the extension of this deadline necessitates an extension of the trial date and other pretrial deadlines.  Dkt. No. 25.

The Court finds good cause for a continuance and, based on the parties' agreement, GRANTS the motion (Dkt. No. 25).  The previous trial date and case schedule (Dkt. No. 14) are VACATED.  The courtroom deputy is directed to enter an amended order setting trial date and related dates, consistent with the parties' agreed bench trial date of December 15, 2025, and a deadline to join additional parties and amend pleadings of April 2, 2025.  *See* Dkt. No. 25 at 3.

Dated this 4th day of March, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1