UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON STUDIOS LLC,<br><br>                    Plaintiff(s),<br>         v.<br><br>CONTENT DELIVERY AND SECURITY ASSOCIATION, INC.,<br><br>                    Defendant(s). | CASE NO. C24-1789-KKE<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND RELATED DATES |

Defendant/Counterclaim-Plaintiff Content Delivery and Security Association, Inc. ("CDSA") recently obtained new counsel for limited representation, after its former counsel withdrew. *See* Dkt. Nos. 31, 34, 35. CDSA now requests a three-month continuance of the trial date, which is currently set in December 2025, to allow counsel sufficient time to prepare this case for trial. Dkt. No. 35. Plaintiff/Counterclaim-Defendant Amazon Studios, LLC, did not file an opposition to the motion.

The Court finds that the recent retention of CDSA's counsel warrants a modification of the case schedule, particularly in the absence of any opposition from Amazon Studios. Accordingly, the Court GRANTS CDSA's motion (Dkt. No. 35) and directs the courtroom deputy to enter an amended case schedule in accordance with the March 2, 2026 trial date requested by CDSA. The

ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND RELATED DATES - 1

Court also DISCHARGES the order to show cause (Dkt. No. 31) previously entered after CDSA's prior counsel withdrew.

Dated this 2nd day of June, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge