UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON STUDIOS LLC,<br><br>                Plaintiff(s),<br>  v.<br><br>CONTENT DELIVERY AND SECURITY ASSOCIATION, INC.,<br><br>                Defendant(s). | CASE NO. C24-1789-KKE<br><br>ORDER OF DISMISSAL |

The parties have notified the Court that they have settled this case. Dkt. No. 46. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The trial date and pretrial deadlines previously set (Dkt. No. 40) are hereby VACATED and the clerk is directed to administratively close this case. If settlement is not perfected, any party may move to reopen the case within 60 days of this order.

Dated this 25th day of August, 2025.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1